USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENVIVO LLC, d/b/a Spotnews.tv, <br><br> Plaintiff, <br><br> -against- <br><br> ENTERCOM COMMUNICATIONS CORP., <br><br> Defendant. | 1:21-cv-1629-MKV <br><br> ORDER OF DISMISSAL |

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from the parties informing the Court that the parties have reached a settlement in principle [ECF No. 13]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **June 24, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: **May 25, 2021**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**